IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-00076-BO

| | |
|---|---|
| WENDY AUTRY, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>LELAND C. DUDEK, )<br>Acting Commissioner of Social Security, )<br>)<br>         Defendant. ) | **ORDER** |

Upon consideration of Plaintiff's petition for an award for attorney's fees in the sum of $20,000.00, representing less than 25% of Plaintiff's accrued back benefits,

It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $20,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $5,000.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

This 19 day of May, 2025,

TERRENCE W. BOYLE,
United States District Judge