UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WENDY AUTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LELAND DUDEK, ) | 7:22-CV-76-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $20,000.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $5,000.00 previously awarded under the EAJA, 28. U.S.C. § 2412.

**This judgment filed and entered on May 20, 2025, and served on:**
Derrick Arrowood (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

May 20, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk